# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| DENNIS GUYTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 6:10-cv-1488-LSC-PWG |
| FREDDIE BUTLER and the ATTORNEY | ) |
| GENERAL FOR THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is an action on a pro se petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. (Doc. 1 (the "Petition").) It was filed by Dennis Guyton ("Petitioner"), an Alabama state prisoner serving a 40-year sentence at the Hamilton Aged and Infirmed Center in Hamilton, Alabama. The Magistrate Judge entered a Report and Recommendation (the "R&R") on the Petition, recommending that it be denied. (Doc. 9.) Petitioner has now filed an Objection to the R&R, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2), Fed. R. Civ. P. (Doc. 10.)

Petitioner's Objection is lengthy, spanning 38 handwritten pages. However, much of it is repetitious, and the Court concludes that it does not raise any colorable arguments that are not adequately addressed by the Magistrate Judge's R&R, which is itself 34 pages. Having carefully reviewed and considered *de novo* all of the materials in the court file, including the findings and recommendation, and the Petitioner's Objection, the Court is of the opinion that the Petitioner's Objection is due to be OVERRULED and that the Magistrate Judge's judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. As a result, the petition for writ of habeas corpus is due to be DENIED and the action is due to be DISMISSED WITH PREJUDICE.

A separate Final Judgment will be entered.

Done this 22nd day of November 2011.

/s/ L. Scott Coogler
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458