# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| DENNIS GUYTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 6:10-cv-1488-LSC-PWG |
| FREDDIE BUTLER and the ATTORNEY ) | |
| GENERAL FOR THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

Pursuant to Rule 58, Fed. R. Civ. P., and for the reasons stated in the Memorandum Opinion entered contemporaneously with this Order, the petition for a writ of habeas corpus filed in the above-styled action by Dennis Guyton pursuant to 28 U.S.C. § 2254 is DENIED. This action is DISMISSED WITH PREJUDICE. The Clerk is directed to close the file.

Done this 22nd day of November 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458